

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00678-CV

MARCUS LAVERGNE, Appellant

V.

TIKESHIA LAVERGNE AND TEXAS DEPARTMENT OF MOTOR VEHICLES,
Appellees

Appeal from the County Civil Court at Law No. 4 of Harris County (Tr. Ct. No. 1050770)

Appellant, Marcus Lavergne, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal. It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered December 10, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Massengale and Brown.